468 A.2d 825

Commonwealth v. Richardson, Appellant.

Submitted September 23, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.

468 A.2d 825

Commonwealth v. Rucker, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted June 16, 1983. Carl S. Primavera, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Order and judgment of sentence affirmed.